**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,          Plaintiff, vs. CODY DOUGLAS SWAIN,          Defendant. | 2:13-cr-00444-KJD-VCF **MINUTE ORDER** |

Before the Court is Defendant Cody Swain's Motion to Withdraw Without Prejudice the Motion to Suppress Evidence & Vacate Evidentiary Hearing (#26).

IT IS HEREBY ORDERED that Defendant Cody Swain's Motion to Withdraw Without Prejudice the Motion to Suppress Evidence & Vacate Evidentiary Hearing (#26) is GRANTED.

IT IS FURTHER ORDERED that the evidentiary hearing on Defendant Cody Swain's Motion to Suppress Evidence for Fourth Amendment Violations (#14) scheduled for 10:00 a.m., April 21, 2014 is VACATED.

DATED this 15th day of April, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE