UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00444-KJD-VCF |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| CODY DOUGLAS SWAIN, | |
| Defendant. | |

    Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 24, 2024 at the hour of 10:30 a.m., be vacated and continued to March 27, 2024 at 10:00 a.m. in Courtroom 3D.

    DATED this  23rd  day of January, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3